IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLEN TAYLOR,<br>AIS #127254,<br>  Plaintiff,<br><br>v.<br><br>C. PEARSON, SHIRLEY SMITH, and<br>CYNTHIA STEWART,<br>  Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 14-00101-KD-M<br>)<br>)<br>)<br>) |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Report and Recommendation (Doc. 8) to which objection (Doc. 9) is made, the Report and Recommendation (Doc. 8) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 2, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** as malicious, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Final judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall issue by separate document.

**DONE** and **ORDERED** this the **27th** day of **June 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**